**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELLIS McHENRY, | ) | NO. ED CV 16-1758-FMO(E) |
| | ) | |
|               Petitioner, | ) | |
| | ) | |
|    v. | ) | JUDGMENT |
| | ) | |
| DAVID SHINN, Warden, | ) | |
| | ) | |
| | ) | |
|               Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 17, 2017.


_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE